**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| SARAH JONES,<br>*Plaintiff,* | ) | |
| v. | ) | Case No. 24 CV 06138 |
| CITY OF EVANSTON,<br>*Defendant.* | ) | Judge Virginia Kendall Presiding |

**CITY'S MOTION FOR LEAVE TO FILE RESPONSE TO PLAINTFF'S RULE 56.1(b)(3) STATEMENT OF FACTS *INSTANTER***

NOW COMES the CITY OF EVANSTON, by and through Assistant City Attorney, Mark Alanson, and in support of its Motion for Leave to File Response to Plaintiff's 56.1(b)(3) Statement of Facts *Instanter* states as follows:

1. On January 28, 2026, City filed its Statement of Undisputed Material Facts in Support of Motion for Summary Judgment (pursuant to Federal Rule 56 and Local Rule 56.1) and filed its Motion and Memorandum in Support of Motion for Summary Judgment, instanter, on January 29, 2026 and February 2, 2026, respectively. [Dkt. Nos. 51 – 55].

2. On March 20, 2026, Plaintiff ("Jones") filed her Memorandum in Opposition to Motion for Summary Judgment, Rule 56.1(b)(3) Statement of Additional Undisputed Facts ("Plaintiff's SOF"), and Response to City's Statement of Undisputed Material Facts (collectively "Plaintiff's Response"). [Dkt. Nos. 60 – 66].

3. On May 1, 2026, in order to reduce collateral motion filings, the City filed its Reply to Plaintiff's Response consolidated with a Motion to Strike Plaintiff's SOF ("Motion to Strike") for violations of Federal Rule 56 and Local Rule 56.1. [Dkt. No. 75].

4. Relying on its comprehensive Motion to Strike filed on May 1, 2026, City did not file a separate response to Plaintiff's SOF.

5. On August 27, 2026, Plaintiff filed her Motion to Deem Plaintiff's Local Rule 56.1(b)(3) Statement of Additional Material Facts Admitted ("Motion for Limited Admission") and a memorandum in opposition to City's Motion to Strike. [Dkt. Nos. 78 and 79].

6. On August 28, 2026, the Court ordered City to respond to Plaintiff's Motion for limited admission [78] on or before September 4, 2026. [Dkt. No. 81].

7. On September 4, 2026, the City filed its Response to Plaintiff's Motion for Limited Admissions. [Dkt. No. 84].

8. Collateral to Defendant's current Response, Defendant now files its Response to Plaintiff's 56.1(b)(3) Statement of Facts to pacify any procedural missteps that Plaintiff raised in her Motion for Limited Admission.

9. Accordingly, the City seeks leave to file its Response to Plaintiff's 56.1(b)(3) Statement of Facts *instanter*. [See Exhibit 1 - Response to Plaintiff's 56.1(b)(3) Statement of Facts].

10. District courts retain discretion to permit a late-filed Rule 56.1 response instanter where the movant suffers no prejudice. See *Ticor Title Ins. Co. of California v. FFCA/IIP 1988 Property Co*., 898 F.Supp. 633 (1995).

11. Here, where Defendant's Motion for Summary Judgment is still pending, where its late-filed Response to Plaintiff's 56.1(b)(3) Statement of Facts reiterates the arguments and positions raised in its Motion to Strike, and where the Motion to Strike is still warranted, the Plaintiff suffers no prejudice for this delayed filing.

WHEREFORE, the Defendant, the CITY OF EVANSTON, respectfully requests that its motion for leave to file its Response to Plaintiff's 56.1(b)(3) Statement of Facts attached as *Exhibit 1* be granted, and for such other and further relief as is equitable and just.

Respectfully submitted,

By: */s/ Mark Alanson*
Assistant City Attorney

Alexandra Ruggie, Corporation Counsel Attorney (aruggie@cityofevanston.org)
Cynthia Grandfield, Deputy City Attorney (cgrandfield@cityofevanston.org)
Mark Alanson, Assistant City Attorney (malanson@cityofevanston.org)
City of Evanston Law Department
909 Davis, 3rd Floor
Evanston, Illinois 60201
(847) 866-2937
Fax: (847) 866-2937
law@cityofevanston.org

**CERTIFICATE OF SERVICE**

On September 4, 2026, the foregoing document, CITY'S MOTION TO FILE RESPONSE TO PLAINTIFF'S RULE 56(b)(3) STATEMENT OF FACTS *INSTANTER* was filed with the Clerk of the Court for the Northern District of Illinois by using the CM/ECF system. All participants are registered users who will be served by the CM-ECF electronic filing system.

*/s/ Mark Alanson*________
MARK ALANSON